UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HEATH V. FULKERSON, | Case No. 3:20-cv-00627-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| SECOND JUDICIAL DISTRICT COURT, et al., | |
| Defendants. | |

*Pro se* Plaintiff Heath Fulkerson filed a complaint against the Second Judicial District Court for the State of Nevada, Judge Elliot A. Sattler, and the Nevada Division of Insurance. (ECF No. 1-1.) Plaintiff appears to be seeking an injunction on Defendants for "courtroom misconduct, misrepresentation of civil liberties, inadequate process of documents of cases." (*Id.* at 1.) On April 5, 2021, the Court dismissed Defendants Sattler and the Nevada Division of Insurance under Fed. R. Civ. P. 4(m). (ECF No. 8.)

The remaining Defendant, the Second Judicial District Court, filed a motion to dismiss on December 29, 2020. (ECF No. 5.) As of the date of this order, Plaintiff did not file a response to the motion. Local Rule 7-2(d) of the Local Rules of Civil Practice states in part that "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to granting of the motion." LR 7-2(d). Accordingly, the Court will grant Defendant's motion to dismiss.

It is therefore ordered that the Second Judicial District Court's motion to dismiss (ECF No. 5) is granted.

The Clerk of Court is directed to enter judgment and to close this case.

DATED THIS 6th Day of April 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE